**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William Berry,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MLK BP LLC; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00155-MWF (PJWx)<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 6, 2020 Trial Date: Not on Calendar |

## ORDER

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff William Berry, ("Plaintiff") action against Defendant MLK BP LLC ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

September 15, 2020

Dated:

Honorable Michael W. Fitzgerald
United States District Judge